## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**FRANCISCO C. HERRERA**                    **CIVIL ACTION NO. 26-0030**

                                                                  **SECTION P**

**VS.**

                                                                  **JUDGE JERRY EDWARDS, JR.**

**WARDEN**                                           **MAG. JUDGE KAYLA D. MCCLUSKY**

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Francisco C. Herrera's petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

ALEXANDRIA, LOUISIANA, this 17th day of March, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE